MICHAEL WEISKOPF, Respondent, *v.* THE CITY OF SARATOGA SPRINGS et al., Appellants.

(Argued December 5, 1935; decided January 7, 1936.)

*Theodore A. Knapp* and *Richard J. Sherman* for appellants.

*William E. Bennett* for respondent.

*J. A. T. Schwarte, J. A. Slade, D. J. Harrington* and *I. I. Goldsmith* for United States Hotel Company, *amicus curiæ.*

Judgments reversed and motion denied, with costs in this court and in the Appellate Division. This is not a case to be decided on the pleadings. The constitutionality of the regulations must be decided after the facts are determined on the trial. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. LEHMAN and CROUCH, JJ., dissent and vote to affirm.